UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : C.R. NO. 1:24-CR- 57 |
| v. | : (Judge Wilson) |
| CESAR AGUSTO REYES-GARCIA,<br>Defendant. | : |

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA
MAR 06 2024
PER _____ DEPUTY CLERK

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about January 16, 2024, in Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CESAR AGUSTO REYES-GARCIA,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about June 11, 2015, through Harlingen, Texas, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*Stephen W. Dukes*
Stephen W. Dukes
Assistant United States Attorney

3/6/24
Date