# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:24-CR-57 |
| | ) | |
| v. | ) | (Judge Wilson) |
| | ) | |
| CESAR AGUSTO REYES-GARCIA | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**UNITED STATES OF AMERICA TO THE WARDEN, LEBANON COUNTY PRISON, LEBANON, PENNSYLVANIA**

FILED
HARRISBURG, PA
MAR 11 2024
PER _KJN_
DEPUTY CLERK

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on _March 15_, 2024, at _10:30_ _a.m._/p.m., the person of **CESAR AGUSTO REYES-GARCIA,** whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said of **CESAR AGUSTO REYES-GARCIA** be heard on the criminal charges above referred to, charging violation of 8 U.S.C. § 1326 you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said of **CESAR AGUSTO REYES-GARCIA to LEBANON COUNTY PRISON, LEBANON, PENNSYLVANIA** to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the __6TH__ day of __MARCH__, 2024.

_[signature]_

[ ] United States District Judge
[x] United States Magistrate Judge